IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                       No. 05-10007-T

ERIC ELMO PETERSON,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant Eric Elmo Peterson, without objection from the government and for good cause shown, the report date which is scheduled for August 11, 2005, and the trial date which is currently scheduled for August 24, 2005, are hereby continued. Defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from August 24, 2005, to September 8, 2005, at 9:30 A.M.</u> The resulting period of delay, from August 24, 2005, to September 8, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

The report/motion date has been reset for August 29, 2005, at 8:30 a.m. Defendant is granted an additional twenty (20) days for filing pre-trial motions.

IT IS SO ORDERED.

                                                        *James D. Todd*
                                                        JAMES D. TODD
                                                        UNITED STATES DISTRICT JUDGE

                                                        10 August 2005
                                                        DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8/11/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 1:05-CR-10007 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT