IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION



UNITED STATES OF AMERICA

vs                                          CR NO. 1:05-10007-01-T

ERIC ELMO PETERSON

### ORDER REVOKING BOND

This cause came on to be heard on August 29, 2005, Assistant U. S. Attorney, James W. Powell, appearing for the government and M. Dianne Smothers, who was appointed as counsel for the defendant.

The defendant failed to appear for the scheduled report date, this court issued a warrant for his arrest. It is therefore ORDERED that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending trial of this matter.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

DATE: 29 August 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___09-01-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 1:05-CR-10007 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT